**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DENNIS JAMES SMITH, SR. *et al.*                                                                       PLAINTIFFS
ADC #120631

V.                                          NO: 2:08CV00040 JLH/HDY

A. POLLEY *et al.*                                                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

  3.  The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

  Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## DISPOSITION

  Plaintiffs Dennis James Smith, Sr., Braylon Teleak Smith, and Dennis James Smith, Jr., filed this complaint (docket entry #1), on April 1, 2008. The $350.00 filing fee was not paid, and no Plaintiff filed an application for leave to proceed *in forma pauperis*. On April 4, 2008, each Plaintiff was ordered to submit, within 30 days, either the full $350.00 filing fee, or a completed application for leave to proceed *in forma pauperis* (docket entry #2). More than 30 days has now passed, and no Plaintiff has submitted the $350.00 filing fee, or filed an application for leave to proceed *in forma pauperis*. Under these circumstances, the Court concludes that Plaintiffs' complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

  IT IS THEREFORE RECOMMENDED THAT:

  1. Plaintiffs' complaint (docket entry #1) be DISMISSED WITHOUT PREJUDICE for

failure to comply with Local Rule 5.5(c)(2).

    2.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action be considered frivolous and not in good faith.

    DATED this ___14___ day of May, 2008.

    _____
    UNITED STATES MAGISTRATE JUDGE